UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NEW YORK METROPOLITAN REGIONAL CENTER, :
L.P. II, :
:
                        Plaintiff, :                20-CV-9477 (JMF)
:
       -v- :                      ORDER
:
MAMMOET USA HOLDING, INC., :
:
                        Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Upon review of the parties' joint letter filed on November 19, 2020, ECF No. 17, the Court hereby ADOPTS the proposed briefing schedule for Defendant's anticipated motion to dismiss. Thus, Defendant's motion shall be filed by **December 10, 2020**; Plaintiff's opposition shall be filed by **January 8, 2021**; any reply by Defendants shall be filed by **January 18, 2021**.

       In light of the foregoing, the pretrial conference previously scheduled for November 23, 2020 is CANCELED.

       SO ORDERED.

Dated: November 20, 2020
       New York, New York

                                                      JESSE M. FURMAN
                                            United States District Judge