UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NEW YORK METROPOLITAN REGIONAL
CENTER, L.P. II,

                    Plaintiff,

        -against-                                     20 **CIVIL** 9477 (JMF)

                                                         **JUDGMENT**

MAMMOET USA HOLDING, INC.,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 6, 2021, Thankfully, here, unlike in the aborted *New York Wheel* case, the jurisdictional allegations in the Complaint were apparently accurate in the first instance and the question of subject-matter jurisdiction was thus flagged at the outset. But the bottom line is the same: Lacking a valid basis to exercise subject-matter jurisdiction pursuant to Section 1332, the Court must grant, and therefore does grant, Mammoet Holding's motion to dismiss for lack of subject-matter jurisdiction. Accordingly, the case is dismissed without prejudice. *See, e.g.*, *Katz v. Donna Karan Co., L.L.C.*, 872 F.3d 114, 121 (2d Cir. 2017) (reaffirming that dismissals for lack of subject-matter jurisdiction must be without prejudice), and this case is closed.

**Dated:**  New York, New York

      August 9, 2021

                                                          **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                      **BY:**

                                                             **Deputy Clerk**